# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-3538 MWF (PVCx)** | Date: July 07, 2021 |
| Title | **United African-Asian Abilities Club, et al. v. Pinnacle-Lemoli, LLC, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on April 26, 2021. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on July 26, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JULY 26, 2021**.

- ■ BY PLAINTIFF: PROOF OF SERVICE of Summons and Complaint on Defendant.

Any request by Plaintiff for an extension of time beyond the time limit set forth in Fed. R. Civ. P. Rule 4(m) will only be granted upon a showing of good cause, including, but not limited to, the date service was tendered to a process server and the date service was first attempted by the process server. Failure to timely file a Proof of Service, or request an extension of time to do so, will result in the dismissal of this action on **July 27, 2021.**

    AND/OR

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") by Defendant. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 21-3538 MWF (PVCx)                                      Date:  July 07, 2021
Title     United African-Asian Abilities Club, et al. v. Pinnacle-Lemoli, LLC, et al.

OR

■ **BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT** as to Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **July 26, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm