UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-3538 MWF (PVCx)**                                        Date:  July 27, 2021

Title   **United African-Asian Abilities Club, et al. v. Pinnacle-Lemoli, LLC, et al.**

Present: The Honorable:    **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 7, 2021, the Court issued an Order to Show Cause ("OSC") for lack of prosecution.  (Docket No. 8).  In response to that OSC, Plaintiffs filed a Proof of Service ("POS") on July 26, 2021.  (Docket No. 9).  The POS reflects personal service on David Balfour, the registered agent for service for Defendant Pinnacle-Lemoli, LLC, on June 29, 2021.  Defendant's response to the Complaint was due July 20, 2021.

The Court **ORDERS** Plaintiffs to again show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 6, 2021**.

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response").  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFFS:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

The Court will not issue another Order to Show Cause to remind Plaintiffs to prosecute this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-3538 MWF (PVCx)**                                  Date:  July 27, 2021

Title         **United African-Asian Abilities Club, et al. v. Pinnacle-Lemoli, LLC, et al.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **August 6, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm