UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-3538 MWF (PVCx)**                                        Date: August 18, 2021

Title   **United African-Asian Abilities Club, et al. v. Pinnacle-Lemoli, LLC, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk [13] entered on August 9, 2021, the Court sets a hearing for Order To Show Cause Re Default Judgment for September 27, 2021 at 11:30 a.m.  If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules.  *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.