UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-3538 MWF (PVCx)**                                    Date:  September 24, 2021

Title         **United African-Asian Abilities Club, et al. v. Pinnacle-Lemoli, LLC, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [15] filed September 22, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for November 1, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.